# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERRY JAMAR NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0542 |
| ) | Judge Trauger |
| THOMAS SCHAUMAN and ) | Magistrate Judge Brown |
| TERRY L. PHILLIPS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 24, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 72), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The plaintiff's second Motion to Amend Complaint (Docket Nos. 42-43) is **GRANTED**.

2. Defendant Schauman's Motion to Dismiss (Docket No. 24) is **GRANTED**.

3. Plaintiff's Motion For Default Judgment against defendant Phillips (Docket No. 54) is **DENIED**.

4. All of plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

5. All of plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 5th day of August 2014.

ALETA A. TRAUGER
U.S. District Judge